**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Criminal No.: 21-cr-20187-MSN** |
| **v.** | ) | |
| | ) | |
| **JASON TURNER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## MOTION TO CONTINUE SUPPRESSION HEARING

---

Comes now the United States of America and moves this Honorable Court for a continuance of the hearing for Defendant's Motion to Suppress, set for February 15, 2022 at 1:30 PM. In support, the United States submits as follows:

1. The Court has directed a hearing for the defendant's motion to suppress set for February 15, 2022 at 1:30 PM.

2. The United States has been in consultation with defense counsel and has advised of the need for continuance. Defense counsel is unopposed to this motion.

3. Undersigned counsel will not be able to attend this hearing due to unforeseen illness.

4. In light of the foregoing, the United States respectfully requests that this Honorable Court continue this hearing to a later date.

Respectfully submitted,

JOSEPH C. MURPHY, JR.
United States Attorney

BY:   s/ *Nathan A. Vrazel*
NATHAN A. VRAZEL
Special Assistant U.S. Attorney
167 N. Main, Room 800
Memphis, Tennessee 38103
Telephone: (901) 544-4231

## CERTIFICATE OF SERVICE

I, Nathan A. Vrazel, Special Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing pleading was filed by electronic means via the court's electronic filing system to the following counsel for the defendant:

Tyrone Paylor, Esq.

This 15th day of February, 2022.


BY:   s/ *Nathan A. Vrazel*
        NATHAN A. VRAZEL
        Special Assistant United States Attorney