# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | Criminal No.: 21-cr-20187-MSN |
| v. ) | |
| ) | |
| **JASON TURNER,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER GRANTING GOVERNMENT'S REQUEST FOR CONTINUANCE

Upon motion of the United States, and for good cause shown, it is hereby ordered that the plaintiff's motion to continue the instant cause is herby **GRANTED**.

It is further ORDERED that the hearing on Defendant's Motion to Suppress is continued to Wednesday, February 23, 2022, at 1:30 PM in Courtroom 5 before Magistrate Judge Charmiane G. Claxton.

IT IS SO ORDERED, this 15th day of February, 2022.

s/Charmiane G. Claxton
HONORABLE CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE