# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )  Plaintiff,  )  )  vs.  )  )  JASON TURNER,  )  )  Defendant.  )  | CR. No.   2:21-CR-20187-MSN |

## MOTION TO DISMISS
## INDICTMENT

**COMES NOW**, the United States, by and through Joseph C. Murphy, Jr., United States Attorney and Nathan A. Vrazel, Special Assistant United States Attorney for the Western District of Tennessee, and for good cause, moves this court to dismiss the indictment against Jason Turner.

WHEREFORE**,** the United States hereby moves this Court to dismiss the charges in indictment 2:21-CR-20187-MSN.

        Respectfully Submitted,

        JOSEPH C. MURPHY, JR.
        United States Attorney


        /s/ *Nathan Vrazel*_____
        Nathan Vrazel
        Special Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I, Nathan A. Vrazel, Special Assistant United States Attorney, do hereby certify that a copy of the foregoing Motion of the United States has been forwarded via the Court's electronic filing system to the defendant, through his attorney, Tyrone Paylor.

This date: March 10, 2022.

/s/ *Nathan Vrazel*_____
Nathan Vrazel
Special Assistant United States Attorney