# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No.  **2:21-cr-20187-MSN** |
| ) | |
| JASON TURNER, ) | |
| ) | |
| Defendant. ) | |

## ORDER DISMISSING INDICTMENT

Upon motion of the United States and for good cause shown, Indictment 2:21-CR-20187-MSN, as to Defendant, Jason Turner, in this cause is hereby dismissed with prejudice.

IT IS SO ORDERED, this the 10th day of March, 2022.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE